UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Edgar C. and Willian T., | File No. 25-cv-4640 (ECT/JFD) |
| Petitioners, | |
| v. | **ORDER** |
| Pamela Bondi, Kristi Noem, Department of Homeland Security, Todd M. Lyons, Immigration and Customs Enforcement, Daren K. Margolin, Executive Office for Immigration Review, David Easterwood, and Ryan Shea, | |
| Respondents. | |

---

Petitioners Edgar C. and Willian T. have filed an Emergency Petition for a Writ of Habeas Corpus ("Petition") [ECF No. 1]. Based on all the files, records, and proceedings herein, **IT IS ORDERED THAT**:

1. Respondents are directed to file an answer to the Petition [ECF No. 1], to the extent it presents claims on behalf of Edgar C., by no later than **December 19, 2025,** certifying the true cause and proper duration of Edgar C.'s confinement and showing cause why the writ should not be granted in this case.

2. Respondents' answer should include:

    a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Edgar C.'s detention in light of the issues raised in the habeas petition;

    b. A reasoned memorandum of law and fact explaining Respondents' legal position on Edgar C.'s claims;

    c.    Respondents' recommendation on whether an evidentiary hearing should be conducted; and

    d.    Respondents' view as to whether—and if so, why—this matter is materially distinguishable, either factually or legally, from *Jose J.O.E. v. Bondi*, No. 25-cv-3051 (ECT/DJF), 2025 WL 2466670 (D. Minn. Aug. 27, 2025), and *Santos M.C. v. Olson*, No. 25-cv-4264 (PJS/DJF), 2025 WL 3281787 (D. Minn. Nov. 25, 2025).

3.    If Edgar C. intends to file a reply to Respondents' answer, he must do so by no later than **December 22, 2025**. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

4.    The Petition's claims on behalf of Petitioner Willian T. are **SEVERED** from this action. The Clerk of Court is directed to open a new civil habeas proceeding on behalf of Willian T. and to docket a copy of the Petition [ECF No. 1] in that new proceeding; the Petition shall serve as the operative pleading in the new action. The Clerk shall also docket a copy of this Order in the new proceeding, terminate Willian T. as a petitioner in this case, and update the caption accordingly. All future filings regarding Willian T.'s claims must be filed only in the newly opened proceeding.

**SO ORDERED.**

Dated: December 16, 2025                s/ Eric C. Tostrud
                                                    Eric C. Tostrud
                                                    United States District Court