**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 25-CV-4657 (NEB/DJF) |
| Plaintiff, | |
| | ORDER |
| v. | |
| WILLIAN Y., | |
| Defendant. | |

---

Petitioner Willian Y. has filed an Emergency Petition for a Writ of Habeas Corpus ("Petition") (ECF No. 1). Based on all the files, records, and proceedings herein, **IT IS ORDERED THAT:**

1. Respondents are directed to file an answer to the Petition (ECF No. 1), to the extent it presents claims on behalf of Willian Y., by no later than December 22, 2025, certifying the true cause and proper duration of Willian Y.'s confinement and showing cause why the writ should not be granted in this case.

2. Respondents' answer should include:

    a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Willian Y.'s detention in light of the issues raised in the habeas petition;

b.      A reasoned memorandum of law and fact explaining Respondents'

legal position on Willian Y.'s claims;

c.      Respondents' recommendation on whether an evidentiary hearing

should be conducted; and

d.      Respondents' view as to whether—and if so, why—this matter is

materially distinguishable, either factually or legally, from *R.E. v.*

*Bondi*, No. 25-CV-3946 (NEB/DLM), 2025 WL 3146312 (D. Minn. Nov.

4, 2025), and *Santos M.C. v. Olson*, No. 25-cv-4264 (PJS/DJF), 2025 WL

3281787 (D. Minn. Nov. 25, 2025).

3.      If Willian Y. intends to file a reply to Respondents' answer, he must do so by

no later than December 23, 2025. Thereafter, no further submissions from either

party will be permitted, except as authorized by Court order.

4.      The Court would prefer combined briefs addressing the pending petition (ECF

No. 1) and the pending Motion for TRO (ECF No. 4).


Dated: December 19, 2025                    BY THE COURT:

                                            s/Nancy E. Brasel
                                            Nancy E. Brasel
                                            United States District Judge

2