UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 25-cv-4657 (NEB/DJF)

| | |
|---|---|
| Willian Patricio Taolombo-Yanchaliquin, <br><br> Petitioner, <br><br> v. <br><br> Pamela Bondi, Attorney General; Kristi Noem, Secretary, U.S. Department of Homeland Security; Todd M. Lyons, Acting Director of Immigration & Customs Enforcement; Daren K. Margolin, Director for Executive Office for Immigration Review; David Easterwood, Acting Field Office Director, St. Paul Field Office, Immigration and Customs Enforcement; Ryan Shea, Sheriff of Freeborn County, in their official capacities, <br><br> Respondents. | **STIPULATION FOR TRANSFER** |

Petitioner Willian Patricio Taolombo-Yanchaliquin ("Petitioner") and the Federal Respondents, Pamela Bondi, Attorney General; Kristi Noem, Secretary, U.S. Department of Homeland Security; Todd M. Lyons, Acting Director of Immigration & Customs Enforcement; Daren K. Margolin, Director for Executive Office for Immigration Review; David Easterwood, Acting Field Office Director, St. Paul Field Office, Immigration and Customs Enforcement (hereinafter, the "Parties"), by and through counsel, stipulate as follows:

WHEREAS, Petitioner was detained by ICE on December 14, 2025, and transferred to the Freeborn County Jail in Albert Lea, Minnesota;

WHEREAS, on December 15, 2025, the day before the Petition was filed, ICE/ERO transferred Petitioner to Sarpy County Jail in Papillon, Nebraska, where he remains;

WHEREAS, the Petition (ECF No. 1) was filed on December 16, 2025, after the Petitioner had been transferred outside the District of Minnesota; and

WHEREAS, the Parties agree that 28 U.S.C. § 1406(a) requires that this case be transferred to the United States District Court for the District of Nebraska.

NOW, THEREFORE, the parties stipulate and agree that this case should be transferred to the United States District Court for the District of Nebraska pursuant to 28 U.S.C. § 1406(a).

A proposed order is submitted herewith.

| | |
|---|---|
| Dated: December 19, 2025 | DANIEL N. ROSEN<br>United States Attorney<br><br>*s/ Erin M. Secord*<br>ERIN M. SECORD<br>Assistant U.S. Attorney<br>Attorney ID No. 0391789<br>600 United States Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415<br>Phone: 612-664-5600<br>erin.secord@usdoj.gov |
| Dated: December 19, 2025 | *s/ David Wilson*<br>BY: DAVID WILSON<br>MN Attorney Lic. No. 0280239<br>Wilson Law Group<br>3019 Minnehaha Avenue<br>Minneapolis, MN<br>(612) 436-7100 / dwilson@wilsonlg.com<br>ATTORNEY FOR PETITIONER |